CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Prober & Raphael, A Law Corporation
Cassandra J. Richey, Esq., #155721
David F. Makkabi, Esq., #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
(818) 227-0100
Attorneys for Movant
F.040-2320

Order Entered on January 28, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Rhonda Ann Bosze fka Rhonda Ann Bosze-Cotrupe fka Rhonda A. Cotrupe
                                              Debtor.

BANKRUPTCY NO. 10-22225-LT7

U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest,
                                         Moving Party

RS NO.    DRP-1

Rhonda Ann Bosze, Debtor; Richard M. Kipperman, Chapter 7 Trustee; Heartland Maintenance Corp., HOA,
                                         Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY    ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __3__ pages, is granted. Motion Docket Entry No. __8__

//
//
//
//

DATED: January 27, 2011

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Prober & Raphael, A Law Corporation
(Firm name)

By: /s/ Cassandra J. Richey, Esq., #155721
    Attorney for Movant

CSD 1162

CSD 1162 [08/22/03] (Page 2)
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Rhonda Ann Bosze fka Rhonda Ann Bosze-Cotrupe fka Rhonda A. Cotrupe    CASE NO: 10-22225-LT7
RS NO.: DRP-1

The Motion of   U.S. Bank, N.A., successor in interest to the FDIC as receiver for Downey Savings and Loan  ,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on   January 12, 2011  , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No.   10  , if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on   January 12, 2011  , and

- [✓] Debtor *(Name)*:   Rhonda Ann Bosze fka Rhonda Ann Bosze-Cotrupe fka Rhonda A. Cotrupe
- [✓] Debtor's Attorney *(Name)*:   John A. Viggianelli
- [✓] Trustee *(Name)*:   Richard M. Kipperman
- [✓] United States Trustee (in Chapter 11 & 12 cases), and
- [ ] Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. [✓] The following real property:

    a. Street address of the property including county and state:
    469 Lexington Circle, Oceanside, California 92057

    b. Legal description is [✓] attached as Exhibit A or [ ] described below:

2. [ ] The following personal property as described [ ] below or [ ] in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge Laura Stuart Taylor January 27, 2011*

4395

All that certain real property in the County of SAN DIEGO, State of California, described as follows:

PARCEL NO. 1:

LOT 35 OF IVEY RANCH LOT 13, IN THE CITY OF OCEANSIDE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 13556, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, APRIL 6, 1998.

EXCEPTING AND RESERVING UNTO GRANTOR HEREIN, ITS SUCCESSORS AND ASSIGNS, TOGETHER WITH THE RIGHT TO GRANT AND TRANSFER ALL OR A PORTION OF THE SAME, TO THE EXTENT NOT PREVIOUSLY RESERVED, ALL REMAINING OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PARCEL OF LAND HEREINABOVE DESCRIBED, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED.

PARCEL NO. 2:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, REPLACEMENT, DRAINAGE, ENCROACHMENT, SUPPORT AND FOR OTHER PURPOSES ALL AS DESCRIBED IN THE DECLARATION DESCRIBED HEREINBELOW. THIS EASEMENT IS APPURTENANT TO PARCEL 1 ABOVE.

legal rev. (010698)

EXHIBIT A   *Signed by Judge Laura Stuart Taylor January 27, 2011*